FILED
AUG 1 8 2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA  UNSEALED 8/25/14

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: '14MJ2865 |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| Jason PATTERSON, | ) | Title 18, U.S.C. §2252(a)(2) – Distribution of Images of Minors Engaged in Sexually Explicit Conduct; Title 18 U.S.C. §2252(a)(4)(B) – Possession of Matters Containing Minors Engaged in Sexually Explicit Conduct |
| Defendant. | ) | |

The undersigned Complainant, being duly sworn, states:

### Count One

On or about and between February 11, 2013 and January 28, 2014, within the Southern District of California, defendant Jason PATTERSON did knowingly distribute visual depictions, that is digital and computer images, using any means or facility of interstate and foreign commerce and that has been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//
//
//

1

Count Two

On or about January 28, 2014, within the Southern District of California, defendant Jason PATTERSON did knowingly possess one or more matters, that is computer hard drive(s) and computer media containing digital and computer images which contained visual depictions that had been mailed, shipped and transported in interstate and foreign commerce, and which were produced using materials which have been mailed, shipped and transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(4)(B).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Bonnie Myers, Special Agent
Homeland Security Investigations

Sworn to me and subscribed in my presence this 18 day of August, 2014

_____
UNITED STATES MAGISTRATE JUDGE
WILLIAM V. GALLO

## STATEMENT OF FACTS

I am a Special Agent (SA) with U. S. Department of Homeland Security, Homeland Security Investigations (HSI), assigned to the HSI San Diego office, since July 2010. I am currently assigned to the HSI San Diego, Cyber Crimes group and am a full time member of the Internet Crimes Against Children (ICAC) Task Force in San Diego, CA. This complaint is based on my own investigation as well as information received from fellow HSI agents and other law enforcement officers.

On or about February 11, 2013, while conducting undercover investigations on the Gnutella network, I located an Internet Protocol (IP) address, 174.65.5.125, in San Diego County sharing suspected child pornography files. On or about September 16, 2013, I identified a related IP address 174.65.15.30, which possessed multiple suspected child pornography files available for sharing on the Gnutella network. . Between February 11, 2013 and January 22, 2014, I downloaded approximately 47 suspect child pornography images and videos from IP address 174.65.5.125 and two suspect child pornography videos from IP address 174.65.15.30. Cox Communications provided information that both IP addresses were assigned to 10707 Jamacha Blvd. SPC 46, Spring Valley, CA 91978.

On January 28, 2014, HSI San Diego agents executed a federal search warrant at 10707 Jamacha Blvd. SPC 46, Spring Valley, CA 91978. The search of the residence resulted in the seizure one (1) E-Machine desktop computer, one (1) Panasonic video camera, three (3) VHS tapes, one (1) VHS-C tape, one (1) 8 mm tape, and 153 CDS/DVDS.

During the execution of the search warrant, Jason PATTERSON agreed to speak voluntarily with HSI agents. The interview was recorded using an audio digital recorder. During the interview, PATTERSON admitted to viewing and

1 downloading child pornography files. PATTERSON also admitted to saving child
2 pornography files to his computer and on CDS/DVDS.

3     A forensic analysis was completed on the eMachine desktop computer and
4 79 CDS/DVDS. Each item contained images and/or videos of minors engaged in
5 sexually explicit conduct. A forensic analysis found data associated with the
6 "Shareaza" Peer-to-Peer software application used on the Gnutella network on the
7 eMachine desktop computer. Forensic analysis on the eMachine desktop computer
8 determined the Globally Unique Identifier ("GUID") for the Shareaza application
9 matched the most recent GUID identified during the investigation as to the IP
10 addresses on the Gnutella network. Forensic analysis also noted that 11 video files
11 were a hash match to video files downloaded during the investigation.

12     Below is a sample and details pertaining to two (2) video files from the
13 eMachine desktop computer:

14     1)    File Path: \Users\Public\Downloads\Pthc 2012 4yo Blowjob Sdc
15     10676.wmv

16     File Name: Pthc 2012 4yo Blowjob Sdc 10676.wmv

17     File Created: 02/20/13

18     The file is a hash match for a file entitled, "Pthc 2012 4yo Blowjob Sdc
19     10676.wmv", which I downloaded on May 21, 2013, at approximately
20     02:09:27 GMT -0700 from a computer assigned to IP address 174.65.5.125.
21     IP logs provided by Cox Communications indicated IP address 174.65.5.125
22     was assigned to 10707 Jamacha Blvd. SPC 46, Spring Valley, CA 91978
23     during that time period.

24     The file is a video, approximately 47 seconds in length. The video depicts a
25     female child lying down, appearing to be approximately four (4) to six (6)
26     years old. The female minor is nude, exposing her chest. An unidentified
27     adult male is standing above the female minor with his erect penis inserted
28     into the mouth of the female minor. The unidentified adult male continues to

|   |   |
|---|---|
| 1 | move his penis in and out of the female minor's mouth. The unidentified |
| 2 | adult male ejaculates in the female minor's mouth and on her chest until the |
| 3 | video ends. |
| 4 | 2)   File Path: \Users\Public\Downloads\pthc babygirl Heidi 2yo bed anal |
| 5 | cum 2013 (2001).wmv |
| 6 | File Name: pthc babygirl Heidi 2yo bed anal cum 2013 (2001).wmv |
| 7 | File Created: 07/03/13 |
| 8 | The file is a video, approximately four (4) minutes and 51 seconds in length. |
| 9 | The video depicts a female child lying face down, appearing to be |
| 10 | approximately two (2) to four (4) years old. The female minor is nude below |
| 11 | the waist, with her buttocks exposed. An unidentified adult male is kneeling |
| 12 | behind the female child with his erect penis exposed. The unidentified adult |
| 13 | male begins to rub his erect penis against the female child's buttocks. The |
| 14 | unidentified adult male begins to spread the female child's buttocks and |
| 15 | appears to be using his saliva as lubricant on his penis and the female child's |
| 16 | anus. The unidentified adult male begins to have anal intercourse with the |
| 17 | female child. The unidentified adult male continues to rub his penis against |
| 18 | the female child's buttocks and insert his penis into the female child's anus |
| 19 | until the video ends. The female child can be heard crying at the end of the |
| 20 | video. |
| 21 | // |
| 22 | // |
| 23 | // |
| 24 | // |
| 25 | // |
| 26 | // |
| 27 | // |
| 28 | // |

## **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.

_____
Bonnie Myers, Special Agent
Homeland Security Investigations