# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>Jason Patterson,<br><br>                Defendant. | Criminal Case No. 14-cr-02664-JAH-1<br><br>ORDER |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to count one of the Superseding Information.

DATED: June 2, 2015

_____
JOHN A. HOUSTON
United States District Judge